UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES A. HODGES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>R. KRISCHER, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-0599 AC P<br><br><br>ORDER SETTING SETTLEMENT CONFERENCE |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a request to set a settlement conference. ECF No. 28. Plaintiff's request is granted. Therefore, this case will be referred to Magistrate Judge Carolyn K. Delaney to conduct a settlement conference at California State Prison, Sacramento, 100 Prison Road, Represa, California 95671 on January 22, 2016 at 10:00 a.m.

In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1.　　A settlement conference has been set for January 22, 2016 at 10:00 a.m. before Magistrate Judge Carolyn K. Delaney at California State Prison, Sacramento, 100 Prison Road, Represa, California 95671.

　　　　2.　　Parties are instructed to have a principal with full settlement authority present at the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full authority to settle must also have "unfettered discretion and authority" to

change the settlement position of the party, if appropriate.  The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference.  An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle .

       3.      Parties are directed to submit confidential settlement statements no later than January 15, 2016 to ckdorders@caed.uscourts.gov.  Plaintiff shall mail his confidential settlement statement Attn: Magistrate Judge Carolyn K. Delaney, USDC CAED, 501 I Street, Suite 4-200, Sacramento, California 95814 so it arrives no later than January 15, 2016.  The envelope shall be marked "CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT."  If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).  Parties are also directed to file a "Notice of Submission of Confidential Settlement Statement" (See L.R. 270(d)).

Settlement statements should not be filed with the Clerk of the Court nor served on any other party. Settlement statements shall be clearly marked "confidential" with the date and time of the settlement conference indicated prominently thereon.

The confidential settlement statement shall be no longer than five pages in length, typed or neatly printed, and include the following:

    a.    A brief statement of the facts of the case.

    b.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    c.    A summary of the proceedings to date.

    d.    An estimate of the cost and time to be expended for further discovery, pretrial, and trial.

    e.    The relief sought.

    f.    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers, and demands.

    g.    A brief statement of each party's expectations and goals for the settlement conference.

4. The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at California State Prison, Sacramento, via facsimile at (916) 294-3072.

DATED: December 4, 2015

_allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE